UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH EDWARD MARTY,

      "Libellant",

  v.

LOUIS B. GREEN, El Dorado County Council, et al.,

      "Libellees".

NO. 2:10-cv-1823 MCE-KJN-PS

**ORDER**

----oo0oo----

By Order filed July 15, 2010 (Docket No. 6), this Court denied the Motion of "Libellant" Joseph Edward Marty ("Marty") for an Emergency Injunction. Marty has now filed a "Response" to that Order which appears to take issues with the Court's ruling. To the extent said "Response" can be construed as a Motion for Reconsideration, it is rejected as improper and is hereby DENIED.

IT IS SO ORDERED.

Dated: August 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE