IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH EDWARD MARTY,

      Plaintiff,                                      No.  CIV-S-10-1823 KJM KJN PS

    vs.

LOUIS B. GREEN, et al.,

      Defendants.                                  ORDER

/

        Plaintiff is proceeding *pro se* with the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

        On April 6, 2011, the magistrate judge filed findings and recommendations recommending the granting of a motion to dismiss filed by eighteen defendants.  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days.  No objections have been filed.

        Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

/////

The court has reviewed the applicable legal standards and the file, and good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed on April 6, 2011 (ECF 43) are ADOPTED.

2. The motion to dismiss filed by the following defendants (ECF 19) is granted: Joan Barbee, Robert J. Barbot, Ron Briggs, Janet Walker Conroy, Mark Contois (erroneously sued as "Mark Tontois"), Worth Dikeman, Louis B. Green, Melinda Iremonger, Edward L. Knapp, John R. Knight, Beth McCourt, Becky Nelson, Ray Nutting, Vern R. Pierson, Norman Santiago, James R. Sweeney, Tim William, and Angela Wilson ("Moving Defendants"). Plaintiff's claims against the Moving Defendants are dismissed with prejudice.

3. The Moving Defendants' request for sanctions is denied.

DATED: July 20, 2011.

_____
UNITED STATES DISTRICT JUDGE