IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH EDWARD MARTY,

    Plaintiff,                  No. 2:10-cv-01823 KJM KJN PS

    v.

LOUIS B. GREEN, et al.,

    Defendants.          <u>ORDER</u>

        On September 19, 2011, plaintiff filed a motion for default judgment despite the fact that this case was closed on July 21, 2011.  Plaintiff's motion is summarily denied because all of the claims against all defendants have been dismissed with prejudice, and judgment has been entered in this case. (Order, July 21, 2011, Dkt. No. 59; Order, July 21, 2011, Dkt. No. 60; Judgment, July 21, 2011, Dkt. No. 61.)  This case is closed, and any future filings by plaintiff in this action will be summarily disregarded.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment (Dkt. No. 62) is denied.

        IT IS SO ORDERED.

DATED: September 20, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE